JOHN W. HUBER, United States Attorney (#7226)
VICTORIA K. McFARLAND, Special Assistant United States Attorney (#11411)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2017 MAY 31  P 5: 10

DISTRICT OF UTAH

BY: _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JUSTIN ALLEN FOX, Defendant. | **INDICTMENT** <br><br> VIOLATIONS: <br> Count I: 18 U.S.C. § 912, Impersonation of an Officer or Employee of the United States; <br> Count II: 18 U.S.C. § 641, Theft of Government Property. |
|---|---|

Case: 2:17-cr-00345
Assigned To : Benson, Dee
Assign. Date : 05/31/2017
Description: USA v.

The Grand Jury Charges:

**COUNT I**
18 U.S.C. § 912
(Impersonation of an Officer or Employee of the United States)

On or about February 10, 2017, in the Central Division of the District of Utah,

JUSTIN ALLEN FOX,

defendant herein, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, in that he stated to Utah Highway Patrol troopers that he was a federal employee and that the troopers would go to federal prison for harassing a government vehicle, all in violation of 18 U.S.C. § 912.

## COUNT II
## 18 U.S.C. § 641
(Theft of Government Property)

On or about February 10, 2017, in the Central Division of the District of Utah,

JUSTIN ALLEN FOX,

defendant herein, did willfully and knowingly steal and purloin property belonging to the United States, specifically General Service Administration license plates, of a value less than $1,000.00, all in violation of 18 U.S.C. § 641.

A TRUE BILL:

/S/
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

*Victoria K. McFarland*
VICTORIA K. McFARLAND
Special Assistant United States Attorney

2