<mark>FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH</mark>

<mark>JUN -6 2018 D. MARK JONES, CLERK BY ___ DEPUTY CLERK</mark>

Now maybe you can correct me if I'm wrong here but I've spent 24 hrs a day here as what you would of called an inmate being manipulated, lied to, abused, treated with cruel & unusual punishment, starvation, and this rediculous outreach program the courts wanted me involved in. I've had these corrupt deputies instagate me & provoke me all try and catch me up on a nous charge of some kind, Just because you place somebody in a dwelling doesn't mean your rights or the laws just go away. I don't appreciate being chained like I'm some hostile maniac I certainly ain't no terrorist or threat to anybody. I certainly do have the right to defend myself in the event I feel threatened or my life being in danger whether you call yourself a officer or not doesn't give anybody the right to hold me on some nonsence thats been dismissed and thrown out of court already. I shouldn't have to suffer because some group of technology savve people decided to hack and tamper with this bogus criminal justice system. Theres plenty of better things I could be doing rather than being cooped up in this confined area with a band of misfit county rejects playing cop. Theres nothing wrong with wanting help with obvious issues I have mentally & medically. I shouldn't have to argue with the states crap for an excuse of medical Just because this state has some hard on for me I still exist and cool I can do remarkable things. Let me go already.

Inmate Name: Justin Fox
Booking #: 17034083
SO/Permanent #: 368301
Location: B4116B

Salt Lake County Metro Jail
3415 South 900 West
Salt Lake City, UT 84119

FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES
ZIP 84119 $ 000.47⁰
02 1W
0001403432 MAY 16 2018

Utah Federal courthouse
351 S. West temple
SLC, UT 84101

8410181908 C002