JOHN W. HUBER, United States Attorney (#7226)
VICTORIA K. McFARLAND, Special Assistant United States Attorney (#11411)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:17-CR-00345 |
|---|---|
| Plaintiff, | **POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING FACTORS** |
| vs. | |
| JUSTIN ALLEN FOX, | Judge Dee Benson |
| Defendant. | |

The United States, by and through the undersigned Special Assistant United States Attorney, and pursuant to Rule DUCrimR 32-1(b), Rules of Practice of the United States District Court for the District of Utah, states that after reviewing the Presentence Report prepared by the U.S. Probation Office in connection with the sentencing of the above-named defendant, that it is unaware of any matters disputed between the government and the defendant with respect to such report. The United States has no objection to the Presentence Report.

DATED this 24th day of January, 2019.

JOHN W. HUBER
United States Attorney

__/s/_____
VICTORIA K. McFARLAND
Special Assistant United States Attorney